AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Roel Flores Jr. (1993/USC)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 7:25-mj 2601 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/1/2024-10/8/2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt/Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
FILED

OCT 09 2025

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved by AUSA Alexa D. Parcell

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 10/9/25 @ 8:11 a.m.

City and state: McAllen, Texas

/s/ Gina Roncska
*Complainant's signature*

Gina Roncska, FBI Special Agent
*Printed name and title*

*Judge's signature*

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

1. On or about November of 2024, law enforcement initiated an online investigation on BitTorrent for offenders sharing and/or receiving child sexual abuse material (CSAM), also known as child pornography. An investigation was initiated into an IP address due to the association of sharing and/or receiving a torrent with an infohash that references 2,244 files of interest. Of those files, a portion of the infohashes being shared by IP address were tagged as predominantly severe indicating the presence of sadomasochistic activity in the identified files.

2. On or about November of 2024, law enforcement, operating in an undercover capacity, downloaded files made available by the IP address. The files made available for download included sexually explicit and or sexual penetration videos of toddlers and prepubescent children.

3. On October 1, 2025, FBI McAllen identified the IP address as operating within the Southern District of Texas – McAllen Division. On this same day, FBI McAllen received notification that the IP address at the Weslaco residence was actively downloading.

4. On October 3, 2025, FBI McAllen reviewed the downloads from the identified IP address. The following is a description of a file shared and/or received by the user from the identified IP address, which constitutes child pornography pursuant to 18 United States Code Section 2256:

    a. A video file titled "00000" which is approximately 57 seconds in length. It begins with a white screen titled "Purewhite Studio Little Devil, 13yo HC action teaser". A prepubescent female is observed on a bed with her knees bent and leaning over an unknown fully nude erect adult male wearing a white face covering. The video continues with the prepubescent female being orally penetrated by the erect penis. The prepubescent female is simultaneously anally penetrated by the unknown adult male's digits. The prepubescent female is then forced to straddle the adult erect male and is vaginally penetrated. The video concludes with the prepubescent female child fellating the unknown erect male's testicles.

5. On October 8, 2025, FBI McAllen identified the IP address as returning to a residence in Weslaco, TX, within the Southern District of Texas. Records check revealed an individual, identified Roel Flores, as the sole occupant at the Weslaco address. Flores was also identified as currently employed by South Texas Independent School District.

6. On October 8, 2025, FBI Special Agents executed a federal search warrant at the residence located in Weslaco, Texas. Flores was the sole individual located at the residence.

7. During the execution, agents observed a laptop on a desk that was turned on and actively downloading pornographic material from the internet with 18 tabs open. The material

appeared as age difficult pornography. Additionally, agents observed a MAC address on the internet router which was the same MAC address identified in the records return.

8. During the execution of the warrant, agents subsequently observed the following in the residence:

   a. Located in the sole bedroom, was a dresser containing two life-like latex replicas of infant size vaginal and anal cavities. In the agent's training and experience, these are commonly used for masturbatory purposes. Also found in the same drawer was lubricant, a box of condoms, a dildo, and a latex vaginal masturbatory aid.

   b. Located in the bathroom cabinet was a Mercedes Independent School District 2006-2007 carrying bag. Inside the bag, agents observed a dildo, a black in color harness commonly utilized for the mounting of dildos or phallic devices, a white in color handkerchief bearing a mixture of brown/red/yellow staining throughout the handkerchief, a pair of small blue in color child's underwear bearing a mixture of brown/red/yellow stains in the crotch area, and a condom.

9. During the execution of the warrant, agents determined Flores to be the sole occupant of the residence to include mail, identification, clothing, and other property belonging to Flores throughout the residence and where various devices and sexual objects were located.